IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 5:19cr78-RH

MICHAEL EDWARD WHITE
DAVID MITCHELLE WHITE
DAVID WAYNE HORTON
JOSHUA DANIEL ANDERSON
  and
SHANNON DELORES RODRIGUEZ
  a/k/a "Shannon Delores Harris"
_____/

## NOTICE OF LIS PENDENS
## RE: FORFEITURE

**GRANTEE: MICHAEL E. WHITE**

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of Title 28 United States Code, Section 1964, that on November 6, 2019, an Indictment was returned in the Northern District of Florida charging the above defendants with violations of Title 18, United States Code, Sections 287, 1341, 1343, 1346, 1349, 666(a)(1)(A), 1956(h) and 2. The Indictment included a criminal forfeiture allegation pursuant to Title 18, United

1

States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461(c). The government is seeking to forfeit multiple assets, including the following:

**Real properties located at 9483 and 9711 Highway 20 East, Youngstown, Bay County, Florida 32466, more particularly described as:**

> Parcel No. 02796-000-000 (H):
> Begin at the Northwest Corner of Northwest ¼ of West ½ of the Southeast ¼ of the Southeast ¼ of Section 31, Township 1 North, Range 12 West for the POINT OF BEGINNING; thence run East 650.54' thence South 1326.72 feet to the North right-of-way of Highway 20, thence run West along that right-of-way 50 feet thence North 714.70 feet and thence West 603 feet; thence run North 604.07 feet to the POINT OF BEGINNING.
>
> Parcel No. 02796-010-000 (N):
> Commence at the Northwest Corner of West ½ of Southeast ¼ of Southeast ¼ of Section 31, Township 1 North, Range 10 West; thence run South 604.07 feet for the POINT OF BEGINNING; thence run East 603 feet; thence South 714.70 feet to the North right-of-way of Highway 20; thence West along right-of-way 605.96 feet; thence North 714.70 to the POINT OF BEGINNING.
>
> The total description of which two separate parcels is as follows: The West one half of the Southeast Quarter of the Southeast Quarter of Section 31, Township 1 North, Range 12 West.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any

alleged interest subsequent to the indictment, except as provided by the provisions of Title 21 United States Code, Section 853(n).

Dated this 19th day of November, 2019.

Respectfully submitted,

LAWRENCE KEEFE
United States Attorney

*/s/ Stephen M. Kunz*
STEPHEN M. KUNZ
Assistant United States Attorney
Florida Bar 0322415
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of November, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system.

*/s/ Stephen M. Kunz*
STEPHEN M. KUNZ
Assistant United States Attorney